B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Central District of California

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor (if individual, enter Last, First, Middle):**<br>Mini-Mailers, a California Corporation | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA MMi Direct Mail Communications** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**95-4139561** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6259 Bandini Blvd.**<br>**Los Angeles, CA**<br>ZIP Code **90040** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information     *** Michael Jay Berger 100291 ***

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mini-Mailers, a California Corporation** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Mini-Mailers, a California Corporation**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Michael Jay Berger**
Signature of Attorney for Debtor(s)

**Michael Jay Berger 100291**
Printed Name of Attorney for Debtor(s)

**Law Offices of Michael Jay Berger**
Firm Name

**9454 Wilshire Boulevard**
**6th Floor**
**Beverly Hills, CA 90212-2929**

Address

**(310) 271-6223  Fax: (310) 271-9805**
Telephone Number

**July 18, 2011                 100291**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ William Rivera**
Signature of Authorized Individual

**William Rivera**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 18, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **Mini-Mailers, a California Corporation**    Case No. _____

Debtor(s)    Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alston & Bird, LLP**<br>**PO Box 933124**<br>**Atlanta, GA 31193** | **Alston & Bird, LLP**<br>**PO Box 933124**<br>**Atlanta, GA 31193** | **Legal fees.** | | 33,737.62 |
| **Automobile Club of Southern CA**<br>**3333 Fairview Road**<br>**Costa Mesa, CA 92626** | **Automobile Club of Southern CA**<br>**3333 Fairview Road**<br>**Costa Mesa, CA 92626** | **Postage liability.** | | 17,652.90 |
| **Blooma, LLC**<br>**9460 Wilshire Blvd., Suite 300**<br>**Beverly Hills, CA 90212** | **Blooma, LLC**<br>**9460 Wilshire Blvd., Suite 300**<br>**Beverly Hills, CA 90212** | **Landlord of Debtor's business property located at 6259 Bandini Blvd., Los Angeles, CA 90040.** | **Contingent Unliquidated Disputed** | 521,468.55 |
| **C4 Litho**<br>**1124 E. 17th St.**<br>**Santa Ana, CA 92706** | **C4 Litho**<br>**1124 E. 17th St.**<br>**Santa Ana, CA 92706** | **Printing services.** | | 52,385.38 |
| **Direct List Technology**<br>**1801 W. Olympic Blvd.**<br>**Pasadena, CA 91199** | **Direct List Technology**<br>**1801 W. Olympic Blvd.**<br>**Pasadena, CA 91199** | **Business debt.** | | 25,135.36 |
| **Direct Logistics, Inc.**<br>**PO Box 612488**<br>**Dallas, TX 75261** | **Direct Logistics, Inc.**<br>**PO Box 612488**<br>**Dallas, TX 75261** | **Transportation/trucking services.** | | 15,164.00 |
| **Diverse Staffing Solutions**<br>**PO Box 13188**<br>**Milwaukee, WI 53213** | **Diverse Staffing Solutions**<br>**PO Box 13188**<br>**Milwaukee, WI 53213** | **Temporary staffing agency.** | | 37,052.67 |
| **GPA America's Label Expert**<br>**3906 Solutions Center**<br>**Chicago, IL 60677** | **GPA America's Label Expert**<br>**3906 Solutions Center**<br>**Chicago, IL 60677** | **Paper supplier.** | | 14,195.00 |
| **Indigo America, Inc.**<br>**PO Box 5-0329**<br>**Woburn, MA 01815** | **Indigo America, Inc.**<br>**PO Box 5-0329**<br>**Woburn, MA 01815** | **Service bill for printers.** | | 46,999.81 |
| **Julio Rivera**<br>**1295 S. Cawston Ave., #402**<br>**Hemet, CA 92545** | **Julio Rivera**<br>**1295 S. Cawston Ave., #402**<br>**Hemet, CA 92545** | **Personal loan.** | | 111,268.67 |
| **Los Angeles Kings**<br>**PO Box 9000**<br>**Lawrence, KS 66044** | **Los Angeles Kings**<br>**PO Box 9000**<br>**Lawrence, KS 66044** | **Postage liability.** | | 17,212.93 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Mini-Mailers, a California Corporation**     Case No. _____

                       Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mailers Edge<br>1845 Anaheim Ave., Unit 12A<br>Costa Mesa, CA 92627 | Mailers Edge<br>1845 Anaheim Ave., Unit 12A<br>Costa Mesa, CA 92627 | Service bill for printers. | | 62,925.02 |
| Metropolitan Home Mortgage<br>4 Park Plaza, Suite 800<br>Irvine, CA 92614 | Metropolitan Home Mortgage<br>4 Park Plaza, Suite 800<br>Irvine, CA 92614 | Postage liability. | | 27,389.05 |
| RR Donnelley-Ralphs/LP<br>5150 E. Pacific Coast Hwy, #700<br>Long Beach, CA 90804 | RR Donnelley-Ralphs/LP<br>5150 E. Pacific Coast Hwy, #700<br>Long Beach, CA 90804 | Postage liability. | | 42,032.26 |
| Saddleback Resources<br>1 Saddleback Pkwy<br>Lake Forest, CA 92630 | Saddleback Resources<br>1 Saddleback Pkwy<br>Lake Forest, CA 92630 | Postage liability. | | 20,000.00 |
| Savvis Communications Corp.<br>13322 Collections Center Dr.<br>Chicago, IL 60693 | Savvis Communications Corp.<br>13322 Collections Center Dr.<br>Chicago, IL 60693 | Internet service provider. | | 63,305.84 |
| USC University Relations<br>3551 Trousdale Parkway, ADM 163<br>Los Angeles, CA 90089 | USC University Relations<br>3551 Trousdale Parkway, ADM 163<br>Los Angeles, CA 90089 | Postage liability. | | 39,359.05 |
| WJR Communications, LLC<br>6259 Bandini Blvd.<br>Los Angeles, CA 90040 | WJR Communications, LLC<br>6259 Bandini Blvd.<br>Los Angeles, CA 90040 | Business loan. | | 1,285,629.84 |
| Xerox Corporation<br>PO Box 7405<br>Pasadena, CA 91109 | Xerox Corporation<br>PO Box 7405<br>Pasadena, CA 91109 | Printers | | 677,134.34<br><br>(122,000.00 secured) |
| Yokohama Tire Corp.<br>601 South Acacia Ave.<br>Fullerton, CA 92831 | Yokohama Tire Corp.<br>601 South Acacia Ave.<br>Fullerton, CA 92831 | Postage liability. | | 17,361.99 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 18, 2011**      Signature **/s/ William Rivera**
                                                                **William Rivera**
                                                                **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Mini-Mailers, a California Corporation
6259 Bandini Blvd.
Los Angeles, CA 90040


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard
6th Floor
Beverly Hills, CA 90212-2929


Alston & Bird, LLP
PO Box 933124
Atlanta, GA 31193


Automobile Club of Southern CA
3333 Fairview Road
Costa Mesa, CA 92626


Blooma, LLC
9460 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212


C4 Litho
1124 E. 17th St.
Santa Ana, CA 92706


Direct List Technology
1801 W. Olympic Blvd.
Pasadena, CA 91199


Direct Logistics, Inc.
PO Box 612488
Dallas, TX 75261

Diverse Staffing Solutions
PO Box 13188
Milwaukee, WI 53213


GPA America's Label Expert
3906 Solutions Center
Chicago, IL 60677


Indigo America, Inc.
PO Box 5-0329
Woburn, MA 01815


Irwin Commercial
50 Washington Street, 10th Floor
Norwalk, CT 06854


Julio Rivera
1295 S. Cawston Ave., #402
Hemet, CA 92545


Los Angeles Kings
PO Box 9000
Lawrence, KS 66044


Mailers Edge
1845 Anaheim Ave., Unit 12A
Costa Mesa, CA 92627


Metropolitan Home Mortgage
4 Park Plaza, Suite 800
Irvine, CA 92614

```
PAETEC
PO Box 1283
Buffalo, NY 14240


Peachtree Data, Inc.
2905 Premier Parkway, Suite 200
Duluth, GA 30097


Premier Mailing Service, Inc.
14522 Garfield Ave.
Paramount, CA 90723


Printing Industries Benefit Trust
PO Box 513857
Los Angeles, CA 90051


RR Donnelley-Ralphs/LP
5150 E. Pacific Coast Hwy, #700
Long Beach, CA 90804


Saddleback Resources
1 Saddleback Pkwy
Lake Forest, CA 92630


Savvis Communications Corp.
13322 Collections Center Dr.
Chicago, IL 60693


SunWest Bank
905 Calle Amanecer, Suite 100
San Clemente, CA 92673
```

```
USC University Relations
3551 Trousdale Parkway, ADM 163
Los Angeles, CA 90089


WJR Communications, LLC
6259 Bandini Blvd.
Los Angeles, CA 90040


Xerox Corporation
PO Box 7405
Pasadena, CA 91109


Yokohama Tire Corp.
601 South Acacia Ave.
Fullerton, CA 92831


Zumasys
9245 Research Dr.
Irvine, CA 92618
```

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard**<br>**6th Floor**<br>**Beverly Hills, CA 90212-2929**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>**100291**<br><br>☐ *Attorney for:* | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>**Mini-Mailers, a California Corporation**<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

**ELECTRONIC FILING DECLARATION
(CORPORATION/PARTNERSHIP)**

☐ Petition, statement of affairs, schedules or lists                    Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists  Date Filed: _____
☐ Other: _____                                                          Date Filed: _____

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

    I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____            **July   , 2011**_____
*Signature of Authorized Signatory of Filing Party*            Date

**William Rivera**
*Printed Name of Authorized Signatory of Filing Party*

**President**
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

    I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____            **July   , 2011**_____
*Signature of Attorney for Filing Party*            Date

**Michael Jay Berger 100291**
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*