UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Mini Mailers, a California Corporation | Case Number: | 2:11-BK-40578-TD |
| | Operating Report Number: | 1 |
| Debtor(s). | For the Month Ending: | 31-Jul |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 0.00

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 0.00

3. BEGINNING BALANCE: — 0.00

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Accounts Receivable - Post-filing | 119,053.77 | |
| Accounts Receivable - Pre-filing | 0.00 | |
| General Sales | 0.00 | |
| Other (Specify)   Postage from Customers | 25,060.42 | |
| **Other (Specify) | 3,969.54 | |
| TOTAL RECEIPTS THIS PERIOD: | | 148,083.73 |

5. BALANCE: — 148,083.73

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | |
|---|---|---|
| Transfers to Other DIP Accounts (from page 2) | 17,100.27 | |
| Disbursements (from page 2) | 44,259.38 | |
| TOTAL DISBURSEMENTS THIS PERIOD:*** | | 61,359.65 |

7. ENDING BALANCE: — 86,724.08

8. General Account Number(s): — 4090

Depository Name & Location: — City National Bank
5601 East Slauson Ave.  Commerce, CA 90040

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 7/26/2011 | 152 | B2b Industrial | Stretch Film for Whse. Pallets | | 520.41 | 520.41 |
| 7/27/2011 | 153 | GPA | Digital printing paper purchase | | 1,302.00 | 1,302.00 |
| 7/28/2011 | 154 | Paper Mart | Purchase of Boxes for Mailing Job | | 318.24 | 318.24 |
| 7/27/2011 | 155 | TS Express | Common Carrier - Drop Shipments | | 3,600.00 | 3,600.00 |
| 7/27/2011 | 156 | XPO-COD | Common Carrier - Intn'l Shipments | | 74.73 | 74.73 |
| 7/28/2011 | 157 | Safeguard Supplies | Ordering New DIP Acct Cks | | 379.86 | 379.86 |
| 7/28/2011 | 158 | Blooma LLC | Landlord Rent for August | | 36,374.00 | 36,374.00 |
| 7/29/2011 | 159 | Clear Bags | Dir mats- poly bags for cust. Mailing | | 159.66 | 159.66 |
| 7/29/2011 | 160 | Mary Dearden | Copy services reimbursement | | 20.00 | 20.00 |
| 7/29/2011 | 161 | XPO-COD | Common Carrier - Intn'l Shipments | | 255.20 | 255.20 |
| 7/21/2011 | Trnsfr | 13924104 | Transfer to New Postage Acct. | 4,843.26 | | 4,843.26 |
| 7/21/2011 | Trnsfr | 13924112 | Transfer to New Payroll Acct. | 10,000.00 | | 10,000.00 |
| 7/27/2011 | Trnsfr | 13924104 | Transfer to New Postage Acct. | 2,257.01 | | 2,257.01 |
| 7/28/2011 | EFT | Clear Bags | Dir mats- poly bags for cust. Mailing | | 1,220.28 | 1,220.28 |
| 7/28/2011 | EFT | Domestic Wire Charge | Bank Wire Fee | | 35.00 | 35.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 17,100.27 | 44,259.38 | $61,359.65 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax), the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# BANK RECONCILIATION

| Bank statement Date: | 7/29/2011 | Balance on Statement: | $71,003.54 |
|---|---|---|---|

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 7/19/2011 | $464.80 |
| 7/20/2011 | 3,845.18 |
| 7/21/2011 | 3,247.03 |
| 7/22/2011 | 1,176.00 |
| 7/26/2011 | 3,968.18 |
| 7/27/2011 | 618.51 |
| 7/29/2011 | 9,237.13 |

TOTAL DEPOSITS IN TRANSIT    22,556.83

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 152 | 7/26/2011 | 520.41 |
| 153 | 7/27/2011 | 1,302.00 |
| 154 | 7/28/2011 | 318.24 |
| 155 | 7/27/2011 | 3,600.00 |
| 157 | 7/28/2011 | 379.86 |
| 159 | 7/29/2011 | 159.66 |
| 160 | 7/29/2011 | 20.00 |
| 161 | 7/29/2011 | 255.20 |

TOTAL OUTSTANDING CHECKS:    6,555.37

Bank statement Adjustments:    (280.92)
Explanation of Adjustments-    AMEX Disc. Fees

ADJUSTED BANK BALANCE:    $86,724.08

A. (PAYROLL ACCOUNT)

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 0.00 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 0.00 |
| 3. BEGINNING BALANCE: | | 0.00 |

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Accounts Receivable - Post-filing | | 0.00 |
| Accounts Receivable - Pre-filing | | 0.00 |
| General Sales | | 0.00 |
| Other (Specify) | Transfer from General | 10,000.00 |
| **Other (Specify) | ADP Wire in Error-Return | 9,840.84 |

TOTAL RECEIPTS THIS PERIOD: 19,840.84

5. BALANCE: 19,840.84

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 10,575.29 |

TOTAL DISBURSEMENTS THIS PERIOD:*** 10,575.29

7. ENDING BALANCE: 9,265.55

8. PAYROLL Account Number(s): 4304112

Depository Name & Location: City National Bank
5601 East Slauson Ave. Commerce, CA 90040

* All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 7/21/2011 | 101-113 | Bi-Wkly Pyrll-13 EE's | Bi-wkly pyr. Per. 7/4 - 7/17/11 | | 9,840.84 | 9,840.84 |
| (Note: Detail available to the court upon request. Due to the sensitive nature of this information, only a summary is provided) | | | | | | |
| | | | | | | |
| 7/26/2011 | 114 | Terminated EE | Final ck-EE vouluntarily quit | | 734.45 | 734.45 |
| (Note: Detail available to the court upon request. Due to the sensitive nature of this information, only a summary is provided) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 10,575.29 | $10,575.29 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# BANK RECONCILIATION

Bank statement Date: _____7/29/2011_____ Balance on Statement: _____$10,564.35_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 106 | 7/21/2011 | 564.35 |
| 114 | 7/26/2011 | 734.45 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                                       | 1,298.80 |

Bank statement Adjustments:                                                        0.00

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                          | $9,265.55 |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (TAX ACCOUNT*)

**No Activity for period**

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                         0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL                             0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                          0.00

4.  RECEIPTS DURING CURRENT PERIOD:
Accounts Receivable - Post-filing
Accounts Receivable - Pre-filing
General Sales
Other (Specify)
**Other (Specify)

TOTAL RECEIPTS THIS PERIOD:                                                     0.00

5.  BALANCE:                                                                    0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)                0.00
Disbursements (from page 2)                                  0.00

TOTAL DISBURSEMENTS THIS PERIOD:***                                            0.00

7.  ENDING BALANCE:                                                            0.00

8.  TAX Account Number(s):                        43924120

Depository Name & Location:                       City National Bank
                                                  5601 East Slauson Ave.  Commerce, CA 90040

---

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
      to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

No Activity for period

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transferred | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.
** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## BANK RECONCILIATION

Bank statement Date: _____7/29/2011_ Balance on Statement: _____$0.00

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:          | 0.00 |

Bank statement Adjustments:          0
Explanation of Adjustments-

ADJUSTED BANK BALANCE:          | $0.00 |

A. (POSTAGE ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                    0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL                        0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                      0.00

4.  RECEIPTS DURING CURRENT PERIOD:
Accounts Receivable - Post-filing
Accounts Receivable - Pre-filing
General Sales
Other (Specify)          Transfer From General            7,100.27
**Other (Specify)        Postage from cust.=Liab          80,665.99

TOTAL RECEIPTS THIS PERIOD:                                            87,766.26

5.  BALANCE:                                                               87,766.26

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)                0.00
Disbursements (from page 2)                              61,031.04

TOTAL DISBURSEMENTS THIS PERIOD:***                                    61,031.04

7.  ENDING BALANCE:                                                        26,735.22

8.  TAX Account Number(s):               13924104

Depository Name & Location:              City National Bank
                                         5601 East Slauson Ave.  Commerce, CA 90040

---

\*   All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transferred | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 7/21/2011 | 65 | USPS | Postage for customer mailing | | 350.14 | 350.14 |
| 7/21/2011 | 66 | USPS | Postage for customer mailing | | 62.44 | 62.44 |
| 7/22/2011 | 67 | USPS | Postage for customer mailing | | 26,958.55 | 26,958.55 |
| 7/22/2011 | 68 | USPS | Postage for customer mailing | | 162.70 | 162.70 |
| 7/25/2011 | 61 | USPS | Postage for customer mailing | | 1,000.00 | 1,000.00 |
| 7/25/2011 | 62 | USPS | Postage for customer mailing | | 3,000.00 | 3,000.00 |
| 7/25/2011 | 63 | USPS | Postage for customer mailing | | 652.46 | 652.46 |
| 7/26/2011 | 64 | USPS | Postage for customer mailing | | 8,000.00 | 8,000.00 |
| 7/26/2011 | 69 | USPS | Postage for customer mailing | | 124.03 | 124.03 |
| 7/26/2011 | 70 | USPS | Postage for customer mailing | | 58.74 | 58.74 |
| 7/27/2011 | 71 | USPS | Postage for customer mailing | | 696.31 | 696.31 |
| 7/29/2011 | 72 | USPS | Postage for customer mailing | | 2,275.91 | 2,275.91 |
| 7/18/2011 | 73 | USPS | Postage for customer mailing | | 896.05 | 896.05 |
| 7/29/2011 | 74 | USPS | Postage for customer mailing | | 93.71 | 93.71 |
| 7/29/2011 | 75 | USPS | Postage for customer mailing | | 14,000.00 | 14,000.00 |
| 7/29/2011 | 76 | USPS | Postage for customer mailing | | 2,700.00 | 2,700.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 61,031.04 | $61,031.04 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 7/29/2011 | Balance on Statement: | $47,397.20 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                          0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 71 | 7/27/2011 | 696.31 |
| 72 | 7/29/2011 | 2,275.91 |
| 73 | 7/18/2011 | 896.05 |
| 74 | 7/29/2011 | 93.71 |
| 75 | 7/29/2011 | 14,000.00 |
| 76 | 7/29/2011 | 2,700.00 |

TOTAL OUTSTANDING CHECKS:                                    20,661.98

Bank statement Adjustments:                                          0

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                    $26,735.22

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

| | | |
|---|---|---|
| | General Account: | 86,724.08 |
| | Payroll Account: | 9,265.55 |
| | Tax Account: | 0.00 |
| *Other Accounts: | Postage Account: | 26,735.22 |
| | | |
| *Other Monies: | | |
| | **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                    122,724.85

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |

TOTAL PETTY CASH TRANSACTIONS:                           0.00

AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | *Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Blooma LLC | Month | 36,374.00 | 0.4333507 | 15,762.70 |
| Everbank Commercial | Month | 524.65 | 0 | 0.00 |
| Indigo America, Inc. | Mo-Pmt varies-Svc Cntr | 3,650.00 | 0.419355 | 1,530.65 |
| Irwin Commercial Finance | Month | 902.75 | 0 | 0.00 |
| Johnson Lift/Hyster | Month | 366.00 | 0 | 0.00 |
| MailFinance | Month | 1,952.84 | 0 | 0.00 |
| Xerox Corp | Month-Pmt varies | 19,156.78 | 0 | 0.00 |
| (Planning to return 4 pieces of equip-Xerox open to this) | | | | |
| | | | TOTAL DUE: | 17,293.34 |

### III. TAX LIABILITIES

*Reason for fraction of a payment is because MMi filed 07/18/11. These amts were due for 07/19-07/31/11. We didn't pay them as of Mo end.

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: 0.00
Total Wages Paid: 57,869.72

**Nothing owed post-petition**

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

Page 11 of 16

| | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
| | | Pre-Petition | Post-Petition |
| 30 days or less | 14,608.80 | 199,620.07 | 153,767.85 |
| 31 - 60 days | | 73,936.77 | 101,013.17 |
| 61 - 90 days | | 34,413.76 | 9,557.15 |
| 91 - 120 days | | 5,530.98 | 3,850.53 |
| Over 120 days | | (129,000.98) | (124,256.55) |
| TOTAL: | 14,608.80 | 184,500.60 | 143,932.15 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Liberty Mutual | $ 2,000,000.00 | 11/8/2011 | 7/31/2011 |
| Worker's Compensation | Liberty Mutual | $ 1,000,000.00 | 6/1/2012 | 7/31/2011 |
| Casualty | | | | |
| Vehicle | Wausau | $ 1,000,000.00 | 1/21/2012 | 7/31/2011 |
| Others: Umbrella | Liberty Mutual | $ 1,000,000.00 | 11/8/2011 | 7/31/2011 |
| | | | | |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)
### Not applicable this month

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | 0.00 | | 0.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| William Rivera | Pending | $16,019.90/Month | 6,616.39 |
| Christine Rivera | Pending | $ 5,258.63/Month | 2,288.46 |
| Eric A. Celaya | Pending | $ 6,942.33/Month | 3,200.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS
**No other amounts paid to insiders**

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: | | |
| Gross Sales/Revenue | 103,981.55 | 103,981.55 |
| Less: Returns/Discounts | (2,096.40) | (2,096.40) |
| Net Sales/Revenue | 106,077.95 | 106,077.95 |
| | | |
| Cost of Goods Sold: | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| Gross Profit | 106,077.95 | 106,077.95 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| Operating Expenses: | | |
| Payroll - Insiders | 24,209.70 | 24,209.70 |
| Payroll - Other Employees | 88,589.82 | 88,589.82 |
| Payroll Taxes | 7,737.41 | 7,737.41 |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | 15,762.70 | 15,762.70 |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | 13,716.65 | 13,716.65 |
| Total Operating Expenses | 150,016.28 | 150,016.28 |
| Net Gain/(Loss) from Operations | (43,938.33) | (43,938.33) |
| | | |
| Non-Operating Income: | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize-pallet/paper recycling) | 381.70 | 381.70 |
| Total Non-Operating income | 381.70 | 381.70 |
| | | |
| Non-Operating Expenses: | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| | | |
| NET INCOME/(LOSS) | (43,556.63) | (43,556.63) |

(Attach exhibit listing all itemizations required above)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 122,724.85 | |
| Restricted Cash(CNB old pyrl cash -Bk holding-Temp) | 1,018.38 | |
| Accounts Receivable | 143,932.15 | |
| Inventory(Postage stamps & meters) | 32,370.62 | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Petty Cash) | 250.00 | |
| Total Current Assets | | 300,296.00 |
| | | |
| Property, Plant, and Equipment | 661,675.00 | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | 661,675.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | 0.00 | |
| Other (Itemize) | 164,248.00 | |
| Total Other Assets | | 164,248.00 |
| TOTAL ASSETS | | 1,126,219.00 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 14,608.80 | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | 85,515.05 | |
| Total Post-petition Liabilities | | 100,123.85 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 705,039.78 | |
| Priority Liabilities | 20,413.95 | |
| Unsecured Liabilities | 276,911.53 | |
| Other (USPS liability) | 20,501.48 | |
| Total Pre-petition Liabilities | | 1,022,866.74 |
| TOTAL LIABILITIES | | 1,122,990.59 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | 46,785.04 | |
| Post-petition Profit/(Loss) | (43,556.63) | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | 3,228.41 |
| TOTAL LIABILITIES & EQUITY | | 1,126,219.00 |

Page 15 of 16

**Other Assets-Other:**

| | | |
|---|---|---|
| Landlord security deposit | $ | 64,248.00 |
| Trademark for FindMyMail Software | $ | 100,000.00 |
| **Total other** | **$** | **164,248.00** |

**Post-petition Liabilities-Other:**

| | | |
|---|---|---|
| Employee medical Insurance Pyrll deductions | $ | 3,268.60 |
| Payroll Clearing | $ | 2,764.52 |
| Payroll Accrual (07/18-07/31/11) | $ | 58,595.28 |
| Postage Liability (from customers) | $ | 20,886.65 |
| **Total Other** | **$** | **85,515.05** |

|  |  | No | Yes |
|--|--|----|-----|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:

    No: X   Yes: ___

---

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:

    No: ___   Yes: X

    **The filing date was 07/18/11 and we had already prepared it to send to ADP including the insiders. The payroll was paid on 07/21/11.**

3. State what progress was made during the reporting period toward filing a plan of reorganization
    **We made good progress working out terms with our vendors and prepared a working projected P&L and cash flow to help guide us along the way.**

4. Describe potential future developments which may have a significant impact on the case:
    **None to report**

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.
    **Not applicable**

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.

    No: ___   Yes: X

I, **Eric A. Celaya, CFO,**
    declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

8/12/11
Date

Page 16 of 16

_L. C._ , CFO
Principal for debtor-in-possession