UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Mini-Mailers, a California Corporation<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:        2:11-BK-40578<br>Operating Report Number:      2<br>For the Month Ending:    Aug. 31, 2011 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      148,083.73

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL      61,359.65
ACCOUNT REPORTS

3.  BEGINNING BALANCE:      86,724.08

4.  RECEIPTS DURING CURRENT PERIOD:

| | | |
| --- | --- | --- |
| Accounts Receivable - Post-filing | | 177,051.77 |
| Accounts Receivable - Pre-filing | | 0.00 |
| General Sales | | 0.00 |
| Other (Specify) | Trnsfrs from Pstge Acct | 20,213.10 |
| **Other (Specify) | Amt to pstge & misc. | 91,606.56 |

TOTAL RECEIPTS THIS PERIOD:      288,871.43

5.  BALANCE:      375,595.51

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
| --- | --- |
| Transfers to Other DIP Accounts (from page 2) | 185,833.63 |
| Disbursements (from page 2) | 124,583.50 |

TOTAL DISBURSEMENTS THIS PERIOD:***      310,417.13

7.  ENDING BALANCE:      65,178.38

8.  General Account Number(s):      4090

Depository Name & Location:      City National Bank
                                    5601 East Slauson Ave.  Commerce, CA 90040

---

\*    All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Numbe | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 8/1/2011 | 162 | Southland Envelope | purchase envelopes | | $ 1,417.64 | 1,417.64 |
| 8/1/2011 | 163 | Marina Graphics | refund due back customer | | $ 958.29 | 958.29 |
| 8/1/2011 | 164 | United Business Mail | pre-sorting mail-outsourcing | | $ 588.33 | 588.33 |
| 8/1/2011 Tmsfr | | MMi | Transfer to -postage bk acct | 51,000.00 | | 51,000.00 |
| 8/2/2011 | 165 | Whittier Mailing Products | purchase of tabs | | $ 395.10 | 395.10 |
| 8/2/2011 | 166 | Color Digit | printing | | $ 2,100.00 | 2,100.00 |
| 8/2/2011 | 167 | Void Ck | void | | $ - | 0.00 |
| 8/2/2011 EFT | | Verizon Wireless | Co cell phones | | $ 246.23 | 246.23 |
| 8/2/2011 EFT | | Verizon Wireless | Co cell phones | | $ 827.28 | 827.28 |
| 8/3/2011 | 168 | Cash | petty cash replenishment | | $ 620.21 | 620.21 |
| 8/3/2011 | 169 | Blooma LLC | rent 07/19-07/31/11 | | $ 15,762.70 | 15,762.70 |
| 8/3/2011 | 170 | AFLAC | EE supplemental ins | | $ 4,718.30 | 4,718.30 |
| 8/3/2011 | 171 | Diverse Staffing Solutions | Temp staffing agency | | $ 1,563.27 | 1,563.27 |
| 8/3/2011 | 172 | Gallery Consulting & Design | IT services | | $ 877.50 | 877.50 |
| 8/4/2011 | 173 | Whittier Mailing Products | purchase of tabs | | $ 900.00 | 900.00 |
| 8/4/2011 | 174 | XPO | Intn'l common carrier | | $ 92.04 | 92.04 |
| 8/4/2011 | 175 | Clear Bags | purchase of plastic bags | | $ 771.12 | 771.12 |
| 8/4/2011 EFT | | The Hartford | 401K EE Ddctns | | $ 857.14 | 857.14 |
| 8/4/2011 EFT | | The Hartford | 401K EE Ddctns | | $ 782.90 | 782.90 |
| 8/4/2011 Tmsfr | | MMi | Transfer to -postage bk acct | 10,000.00 | | 10,000.00 |
| 8/5/2011 | 176 | Cash- | for Co. vehicle fuel-CC's not Wrkg | | $ 225.00 | 225.00 |
| 8/5/2011 | 177 | Creative Direct Marketing | Direct mat'ls | | $ 293.88 | 293.88 |
| 8/5/2011 | 178 | Paetec | telephones for offices | | $ 7,292.28 | 7,292.28 |
| 8/5/2011 | 179 | Void Ck | void | | $ - | 0.00 |
| 8/5/2011 | 180 | XPO | Intn'l common carrier | | $ 4,253.22 | 4,253.22 |
| 8/5/2011 EFT | | City National | wire fee | | $ 13.00 | 13.00 |
| 8/5/2011 EFT | | City National | wire fee | | $ 35.00 | 35.00 |
| 8/5/2011 EFT | | Gateway | C/crd gateway fees | | $ 17.70 | 17.70 |
| 8/5/2011 EFT | | UPS (EFT Payments) | shipping expense | | $ 47.46 | 47.46 |
| 8/5/2011 EFT | | AT&T | telephones for offices | | $ 94.42 | 94.42 |
| 8/5/2011 EFT | | Fleetcor-Fuelman | fuel for co vehicles-cc | | $ 863.70 | 863.70 |
| 8/5/2011 | | Void Ck | void | | $ - | 0.00 |
| 8/8/2011 | 181 | B.J. Bindery | bindery services-outsourced | | $ 90.00 | 90.00 |
| 8/8/2011 | 182 | LBS Financial Credit Union | lease pmt on vehicle | | $ 899.23 | 899.23 |
| 8/8/2011 EFT | | AT&T | telephones for offices | | $ 1,152.91 | 1,152.91 |
| 8/8/2011 EFT | | Liberty Mutual | W/comp and casualty prem | | $ 7,074.38 | 7,074.38 |
| 8/9/2011 | 183 | Void Ck | void | | $ - | 0.00 |
| 8/9/2011 | 184 | Zumasys | IT hosting Svc 07/19-07/31/11 | | $ 1,610.31 | 1,610.31 |
| 8/9/2011 | 185 | Cash | paper for a job | | $ 485.03 | 485.03 |
| 8/9/2011 | 186 | Cash | Cmptr sppls for Digital Dept | | $ 206.60 | 206.60 |
| 8/9/2011 | 187 | Cash | for Co. vehicle fuel-CC's not Wrkg | | $ 250.00 | 250.00 |
| 8/9/2011 EFT | | Southern California Edison | Utilities | | $ 340.44 | 340.44 |
| 8/10/2011 | 188 | USPS-Confirm Service | purchase of scans for FMM svc | | $ 7,750.00 | 7,750.00 |
| 8/10/2011 | 189 | PIBT | EE health ins mo pmt | | $ 9,988.33 | 9,988.33 |
| 8/10/2011 | 190 | XPO | Intn'l common carrier | | $ 1,375.92 | 1,375.92 |
| 8/10/2011 EFT | | Transfirst LLC | C/Crd discount fees | | $ 1,519.57 | 1,519.57 |
| 8/11/2011 | 191 | Southland Envelope | purchase of envelopes | | $ 1,417.64 | 1,417.64 |
| 8/11/2011 | 192 | Cash | petty cash replenishment | | $ 616.86 | 616.86 |
| 8/11/2011 EFT | | AT&T | telephones for offices | | $ 316.58 | 316.58 |
| 8/11/2011 EFT | | ITEX | discount offce sppls | | $ 20.00 | 20.00 |
| 8/12/2011 | 193 | Gallery Consulting & Design | IT services | | $ 540.00 | 540.00 |
| 8/15/2011 | 194 | DataMart | data list services | | $ 2,077.35 | 2,077.35 |
| 8/15/2011 | 195 | Southland Envelope | purchase of envelopes | | $ 349.20 | 349.20 |
| 8/15/2011 | 196 | A to Z (Adam's Co) | purchase of digital dept paper | | $ 1,337.63 | 1,337.63 |
| 8/15/2011 | 197 | Zumasys | IT hosting Svc mo monthly | | $ 3,840.00 | 3,840.00 |
| 8/15/2011 | 198 | AFS/IBEX Financial Services | Casualty Mo ins. Prem. | | $ 1,552.40 | 1,552.40 |
| 8/15/2011 | 8000 | XPO | Intn'l common carrier | | $ 2,476.90 | 2,476.90 |
| 8/16/2011 Tmsfr | | MMi | Transfer to -postage bk acct | 39,000.00 | | 39,000.00 |
| 8/17/2011 | 8001 | Southland Envelope | purchase of envelopes | | $ 291.20 | 291.20 |
| 8/17/2011 | 8002 | Costco | purchase of office sppls | | $ 479.03 | 479.03 |

| Date mm/dd/yyyy | Check Numbe | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 8/17/2011 | 8003 | Cynthia Cazares (Rmbsmt) | Minority Certf. Renewal | | $ 195.00 | 195.00 |
| 8/17/2011 | 8004 | Void Ck | void | | $ - | 0.00 |
| 8/17/2011 | Trnsfr | MMi | Transfer to -postage bk acct | 7,000.00 | | 7,000.00 |
| 8/18/2011 | 8005 | Color Digit | printing | | $ 865.00 | 865.00 |
| 8/18/2011 | 8006 | Premier Mailing | metered mail | | $ 50.00 | 50.00 |
| 8/18/2011 | 8007 | SunWest Bank | bank services | | $ 160.00 | 160.00 |
| 8/18/2011 | EFT | UPS (EFT Payments) | shipping expense | | $ 87.03 | 87.03 |
| 8/18/2011 | EFT | UPS (EFT Payments) | shipping expense | | $ 98.86 | 98.86 |
| 8/18/2011 | EFT | Orange County Toll Road | Driver tolls | | $ 109.65 | 109.65 |
| 8/18/2011 | EFT | City National | Returned deposit bank fee | | 7.00 | 7.00 |
| 8/19/2011 | 8008 | Gallery Consulting & Design | IT services | | $ 1,215.00 | 1,215.00 |
| 8/19/2011 | 8009 | T.S.Express | common carrier | | $ 4,746.06 | 4,746.06 |
| 8/19/2011 | 8010 | Sheralin J. Carver | Temp help-data input | | $ 148.60 | 148.60 |
| 8/19/2011 | EFT | Southern California Edison(EFT) | Utilities | | $ 338.28 | 338.28 |
| 8.19.2011 | EFT | City National | Returned deposit bank fee | | 7.00 | 7.00 |
| 8/22/2011 | 8011 | Paper Mart | paper for a job | | $ 160.00 | 160.00 |
| 8/22/2011 | EFT | City National | wire fee | | $ 35.00 | 35.00 |
| 8/22/2011 | EFT | The Hartford | 401K EE Ddctns | | $ 955.91 | 955.91 |
| 8/22/2011 | Wire | B2b Industrial | Direct mat'ls | | $ 950.23 | 950.23 |
| 8/23/2011 | 8012 | XPO | Intn'l common carrier | | $ 20.38 | 20.38 |
| 8/24/2011 | 8013 | MailFinance | lease pmt for meters | | $ 3,888.66 | 3,888.66 |
| 8/24/2011 | 8014 | Color Digit | printing | | $ 1,123.00 | 1,123.00 |
| 8/24/2011 | EFT | California Water Service | Utilities | | $ 125.74 | 125.74 |
| 8/24/2011 | EFT | California Water Service | Utilities | | $ 136.99 | 136.99 |
| 8/25/2011 | 8015 | Keldon Paper | paper for a job | | $ 427.65 | 427.65 |
| 8/25/2011 | 8016 | GPA | Digital Dept paper | | $ 1,338.00 | 1,338.00 |
| 8/25/2011 | EFT | City National | wire fee | | $ 10.00 | 10.00 |
| 8/25/2011 | EFT | Waste Management | waste mgt disposal svc. | | $ 311.48 | 311.48 |
| 8/25/2011 | EFT | Staples Credit Plan | purchase of office sppls | | $ 21.74 | 21.74 |
| 8/25/2011 | Wire | Clear Bags | purchase of plastic bags | | $ 134.36 | 134.36 |
| 8/25/2011 | Trnsfr | MMi | Transfer to -gen'l bk acct | 29,766.29 | | 29,766.29 |
| 8/26/2011 | 8017 | XPO | Intn'l common carrier | | $ 102.25 | 102.25 |
| 8/26/2011 | 8018 | XPO | Intn'l common carrier | | $ 6,162.86 | 6,162.86 |
| 8/26/2011 | 8019 | Fernando Maclavio | mechanic fixed Co. vehicles | | $ 420.00 | 420.00 |
| 8/26/2011 | EFT | UPS (EFT Payments) | shipping expense | | $ 345.44 | 345.44 |
| 8/26/2011 | EFT | Fleetcor-Fuelman | fuel for co vehicles-cc | | $ 1,110.20 | 1,110.20 |
| 8/29/2011 | 8020 | State Farm | equip ins pmt | | $ 89.18 | 89.18 |
| 8/29/2011 | 8021 | Indigo-HP | service contract digital printers | | $ 1,530.65 | 1,530.65 |
| 8/29/2011 | 8022 | LA Grinding | grinfing services | | $ 66.00 | 66.00 |
| 8/29/2011 | Trnsfr | MMi | Transfer to -gen'l bk acct | 5,497.43 | | 5,497.43 |
| 8/30/2011 | EFT | City National | wire fee | | $ 13.00 | 13.00 |
| 8/30/2011 | Trnsfr | MMi | Transfer to -gen'l bk acct | 1,330.46 | | 1,330.46 |
| 8/31/2011 | EFT | American Express | C/Crd discount fees-need to book | | 2,406.08 | 2,406.08 |
| 8/31/2011 | Trnsfr | MMi | Transfer to -gen'l bk acct | 2,239.45 | | 2,239.45 |
| 8/31/2011 | Trnsfr | MMi | Transfer to -postage bk acct | 40,000.00 | | 40,000.00 |
| | | **TOTAL DISBURSEMENTS THIS PERIOD:** | | 185,833.63 | 124,583.50 | $310,417.13 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# GENERAL ACCOUNT
## BANK RECONCILIATION

| | | |
|---|---|---|
| Bank statement Date: | 8/31/2011 | Balance on Statement: | $12,578.84 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 7/19/2011 | $464.80 |
| 7/20/2011 | 3,845.18 |
| 7/21/2011 | 3,247.03 |
| 8/30/2011 | (150.96) |
| 8/31/2011 | 42,355.78 |
| 8/31/2011 | 6,126.36 |

TOTAL DEPOSITS IN TRANSIT | 55,888.19

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 8019 | 8/26/2011 | 420.00 |
| 8016 | 8/25/2011 | 1,338.00 |
| 8021 | 8/29/2011 | 1,530.65 |

TOTAL OUTSTANDING CHECKS: | 3,288.65

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:          Page 3 of 16          $65,178.38

B. CASH RECEIPTS AND DISBURSEMENTS

A. (PAYROLL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS _____ 19,840.84

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL _____ 10,575.29
ACCOUNT REPORTS

3. BEGINNING BALANCE: _____ 9,265.55

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Accounts Receivable - Post-filing | | 0.00 |
| Accounts Receivable - Pre-filing | | 0.00 |
| General Sales | | 0.00 |
| Other (Specify) | Transfer from General | 148,608.51 |
| **Other (Specify) | Transfer from Postage | 15,000.00 |

TOTAL RECEIPTS THIS PERIOD: _____ 163,608.51

5. BALANCE: _____ 172,874.06

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 162,887.43 |

TOTAL DISBURSEMENTS THIS PERIOD:*** _____ 162,887.43

7. ENDING BALANCE: _____ 9,986.63

8. PAYROLL Account Number(s): _____ 4112 _____

Depository Name & Location: _____ City National Bank _____
5601 East Slauson Ave.  Commerce, CA 90040

---

* All receipts must be deposited into the general account.

** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transferred | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 8/3/2011 | Wire | ADP | Payroll Taxes for 8/4 pyDate | | 12,254.65 | 12,254.65 |
| 8/3/2011 | Wire | ADP | Dir Deps & Grnshmnts 8/4 PyDt | | 33,095.84 | 33,095.84 |
| 8/4/2011 | 8000-8010 | Bi-Wkly Pyrll-11 EE | Bi-wkly pyr. Per. 7/18 - 7/31/11 | | 8,838.11 | 8,838.11 |
| (Note: Detail available to the court upon request. Due to the sensitive nature of this information, only a summary is provided) | | | | | | |
| 8/5-8/19/11 | 115-126 | Various EE's-Final C | Manual Cks-EE Terminations | | 10,174.44 | 10,174.44 |
| (Note: Detail available to the court upon request. Due to the sensitive nature of this information, only a summary is provided) | | | | | | |
| 8/17/2011 | Wire | ADP | Payroll Taxes for 8/18 pyDate | | 12,983.14 | 12,983.14 |
| 8/17/2011 | Wire | ADP | Dir Deps & Grnshmnts 8/18 PyDt | | 31,438.59 | 31,438.59 |
| 8/18/2011 | 8011-8021 | Bi-Wkly Pyrll-11 EE | Bi-wkly pyr. Per. 8/1 - 8/14/11 | | 8,510.63 | 8,510.63 |
| (Note: Detail available to the court upon request. Due to the sensitive nature of this information, only a summary is provided) | | | | | | |
| 8/31/2011 | Wire | ADP | Payroll Taxes for 9/1 pyDate | | 12,067.28 | 12,067.28 |
| 8/31/2011 | Wire | ADP | Dir. Deposits for 9/1 PyDate | | 33,060.99 | 33,060.99 |
| 8/31/2011 | Wire | ADP | Garnishments for 9/1 PyDate | | 278.76 | 278.76 |
| 8/3-8/31/11 | EFT's | City National Bank | Wire Fees | | 185.00 | 185.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 162,887.43 | $162,887.43 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____8/31/2011_____    Balance on Statement: _____$9,986.63_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                          _____
Explanation of Adjustments-

| |
|---|

ADJUSTED BANK BALANCE:                                    | $9,986.63 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (TAX ACCOUNT*)

**No Activity for period**

| | |
|---|---|
| 1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 0.00 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 0.00 |
| 3.  BEGINNING BALANCE: | 0.00 |

4.  RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing
   Accounts Receivable - Pre-filing
   General Sales
   Other (Specify)
   **Other (Specify)

| | |
|---|---|
| TOTAL RECEIPTS THIS PERIOD: | 0.00 |
| 5.  BALANCE: | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 0.00 |

| | |
|---|---|
| TOTAL DISBURSEMENTS THIS PERIOD:*** | 0.00 |
| 7.  ENDING BALANCE: | 0.00 |

8.  TAX Account Number(s):        4120

Depository Name & Location:        City National Bank
                                   5601 East Slauson Ave.  Commerce, CA 90040

*    All receipts must be deposited into the general account.

**   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

TAX ACCOUNT

## BANK RECONCILIATION

Bank statement Date: _____8/31/2011_____    Balance on Statement: _____$0.00_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments: _____0_____

Explanation of Adjustments-

| |
|---|

ADJUSTED BANK BALANCE:                                    | $0.00 |

CASH RECEIPTS AND DISBURSEMENTS
A. (POSTAGE ACCOUNT)

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 87,766.26 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 61,031.04 |
| 3. BEGINNING BALANCE: | | 26,735.22 |

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Accounts Receivable - Post-filing | | 1,372.66 |
| Accounts Receivable - Pre-filing | | |
| General Sales | | |
| Other (Specify) | Transfers(Genl)/Misc | 57,327.69 |
| **Other (Specify) | Postage from cust.=Liab | 335,257.18 |

| | | |
|---|---|---|
| TOTAL RECEIPTS THIS PERIOD: | | 393,957.53 |
| 5. BALANCE: | | 420,692.75 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 35,213.10 |
| Disbursements (from page 2) | 334,463.78 |

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS THIS PERIOD:*** | | 369,676.88 |
| 7. ENDING BALANCE: | | 51,015.87 |

| | | |
|---|---|---|
| 8. TAX Account Number(s): | 4104 | |
| Depository Name & Location: | City National Bank | |
| | 5601 East Slauson Ave. Commerce, CA 90040 | |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
  to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 08/1-08/11/11 | 77-100 | USPS | Postage for customer mailing | | 85,280.25 | 85,280.25 |
| | | **(22 cks written daily to USPS on behalf of customer mailings)** | | | | 0.00 |
| | | | | | | 0.00 |
| 08/12-08/30/11 | 8000-8046 | USPS | Postage for customer mailing | | 249,069.58 | 249,069.58 |
| | | **(45 cks written daily to USPS on behalf of customer mailings)** | | | | 0.00 |
| 8/15/2011 | Trnsfr | MMi | Transfer to-gen'l bk acct | 9,988.01 | | 9,988.01 |
| 8/18/2011 | Adj | City Nat'l Bk | Service Chrge-dep returned | | 7.00 | 7.00 |
| 8/18/2011 | 73 | USPS | Voided Ck | | (896.05) | (896.05) |
| 8/18/2011 | Trnsfr | MMi | Transfer to-gen'l bk acct | 3,612.62 | | 3,612.62 |
| 8/25/2011 | Adj | City Nat'l Bk | To correct 08/25 pstge dep | | 3.00 | 3.00 |
| 8/25/2011 | Trnsfr | MMi | Transfer to-gen'l bk acct | 6,162.86 | | 6,162.86 |
| 8/26/2011 | EFT | Hasler | Postage meter refill | | 1,000.00 | 1,000.00 |
| 8/29/2011 | Trnsfr | MMi | Transfer to-gen'l bk acct | 449.61 | | 449.61 |
| 8/31/2011 | Trnsfr | MMi | Transfer to-payroll bk acct | 15,000.00 | | 15,000.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | TOTAL DISBURSEMENTS THIS PERIOD: | 35,213.10 | 334,463.78 | $369,676.88 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

POST PETITION ACCOUNT
BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 8/31/2011 | Balance on Statement: | $74,830.08 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 8/3/2011 | 571.12 |
| 8/3/2011 | 923.05 |
| 8/3/2011 | 5,903.36 |
| 8/5/2011 | 651.24 |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                              8,048.77

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 8019 | 8/19/2011 | 1,574.31 |
| 8020 | 8/19/2011 | 505.97 |
| 8041 | 8/29/2011 | 2,500.00 |
| 8042 | 8/29/2011 | 1,593.17 |
| 8043 | 8/29/2011 | 5,000.00 |
| 8044 | 8/30/2011 | 2,500.00 |
| 8047 | 8/31/2011 | 5,000.00 |
| 8048 | 8/31/2011 | 2,300.00 |
| 8045 | 8/30/2011 | 8,000.00 |
| 8046 | 8/30/2011 | 2,889.53 |

TOTAL OUTSTANDING CHECKS:                                              31,862.98

Bank statement Adjustments:

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                              $51,015.87

## ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of monthly account statements for each of the below)*

| | | |
|---|---|---:|
| | General Account: | 65,178.38 |
| | Payroll Account: | 9,986.63 |
| | Tax Account: | 0.00 |
| *Other Accounts: | Postage Account: | 51,015.87 |
| | | |
| | | |
| *Other Monies: | | |
| | **Petty Cash (from below): | 650.00 |

**TOTAL CASH AVAILABLE:** 126,830.88

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---:|
| Aug 2011 | Frys elec. Sppls pchse | (4.05) |
| Aug 2011 | Rick Groth, PM/client lunch | 33.00 |
| Aug 2011 | Toll paid by MMi driver | 5.00 |
| Aug 2011 | Kelly paper remaining cash | (39.05) |
| Aug 2011 | Craigs list advrtsmnt | 25.00 |
| Aug 2011 | office depot sppls | 60.34 |
| Aug 2011 | company lunch party departing EE's | 150.00 |
| Aug 2011 | EE bank fee rmbse-M. Guerra | 12.00 |
| Aug 2011 | Mimi's café cust. Lunch | 34.92 |
| Aug 2011 | Bathroom/kitchen repairs | 275.95 |
| Aug 2011 | OC biggest mixer event | 25.00 |
| Aug 2011 | Lunch with Sara and Brian | 42.81 |
| Aug 2011 | Sale of pallet racks | (4.06) |
| Aug 2011 | Cash left in petty cash box | 33.14 |

**TOTAL PETTY CASH TRANSACTIONS:** 650.00

III. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | *Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Blooma LLC | Month | 36,374.00 | 0 | 0.00 |
| Everbank Commercial | Month | 524.65 | 1 | 524.65 |
| Indigo America, Inc. | Mo-Pmt varies-Svc Cntr | 3,650.00 | 1.765351 | 6,443.53 |
| Irwin Commercial Finance | Month | 902.75 | 1.41935 | 1,281.32 |
| Johnson Lift/Hyster | Month | 366.00 | 2 | 732.00 |
| MailFinance | Month | 1,952.84 | 1 | 1,952.84 |
| Xerox Corp | Month-Pmt varies | 19,156.78 | 1.4426589 | 27,636.70 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | TOTAL DUE: 38,571.04 |

III. TAX LIABILITIES

*Reason for fraction of a payment is because MMi filed 07/18/11. These amts were due for 07/19-07/31/11. We didn't pay them as of Mo end.

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: 274.63

Total Wages Paid: 115,631.56

**Nothing owed post-petition**

|  | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding |  |  |  |
| State Withholding |  |  |  |
| FICA- Employer's Share |  |  |  |
| FICA- Employee's Share |  |  |  |
| Federal Unemployment |  |  |  |
| Sales and Use | 24.03 |  |  |
| Real Property |  |  |  |
| Other: |  |  |  |
| TOTAL: | 24.03 | 0.00 |  |

COMPARATIVE BALANCE SHEET ACCOUNTS PAYABLE AND RECEIVABLE

| | *Accounts Payable Post-Petition | Accounts Receivable | |
| --- | --- | --- | --- |
| | | Pre-Petition | Post-Petition |
| 30 days or less | 119,482.16 | 199,620.07 | 232,913.64 |
| 31 - 60 days | 20,496.90 | 73,936.77 | 69,773.36 |
| 61 - 90 days | | 34,413.76 | 40,156.26 |
| 91 - 120 days | | 5,530.98 | 1,935.28 |
| Over 120 days | | (129,000.98) | (119,512.78) |
| TOTAL: | 139,979.06 | 184,500.60 | 225,265.76 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
| --- | --- | --- | --- | --- |
| General Liability | Liberty Mutual | $ 2,000,000.00 | 11/8/2011 | 8/31/2011 |
| Worker's Compensation | Liberty Mutual | $ 1,000,000.00 | 6/1/2012 | 8/31/2011 |
| Casualty | | | | |
| Vehicle | Wausau | $ 1,000,000.00 | 1/21/2012 | 8/31/2011 |
| Others: Umbrella | Liberty Mutual | $ 1,000,000.00 | 11/8/2011 | 8/31/2011 |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)
**Not applicable this month**

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
| --- | --- | --- | --- | --- | --- |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | 0.00 | | | 0.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| William Rivera | Pending | $16,019.90/Month | 14,917.17 |
| Christine Rivera | Pending | $ 5,258.63/Month | 5,277.22 |
| Eric A. Celaya | Pending | $ 6,942.33/Month | 6,409.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS
**No other amounts paid to insiders**

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 327,474.05 | 431,455.60 |
| Less: Returns/Discounts | 1,724.87 | 3,821.27 |
| Net Sales/Revenue | 325,749.18 | 427,634.33 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| **Gross Profit** | 325,749.18 | 427,634.33 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | 28,761.16 | 52,970.86 |
| Payroll - Other Employees | 102,909.95 | 191,499.77 |
| Payroll Taxes | 8,746.46 | 16,483.87 |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | 3,364.00 | 3,364.00 |
| Rent Expense - Real Property | 36,374.00 | 52,136.70 |
| Lease Expense - Personal Property | 33,096.05 | 33,096.05 |
| Insurance | 3,839.00 | 3,839.00 |
| Real Property Taxes | 601.30 | 601.30 |
| Telephone and Utilities | 15,503.97 | 15,503.97 |
| Repairs and Maintenance | 1,787.01 | 1,787.01 |
| Travel and Entertainment (Itemize) | 854.07 | 854.07 |
| Miscellaneous Operating Expenses (Itemize) | 112,776.64 | 126,493.29 |
| Total Operating Expenses | 348,613.60 | 498,629.88 |
| Net Gain/(Loss) from Operations | (22,864.42) | (70,995.55) |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize-pallet/paper recycling) | 132.37 | 514.07 |
| Total Non-Operating income | 132.37 | 514.07 |
| **Non-Operating Expenses:** | | |
| Interest Expense | 264.43 | 264.43 |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 264.43 | 264.43 |
| **NET INCOME/(LOSS)** | (22,996.48) | (70,745.91) |

(Attach exhibit listing all itemizations required above)

(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 126,180.88 | |
| Restricted Cash | | |
| Accounts Receivable | 225,265.76 | |
| Inventory(Postage stamps & meters) | 32,499.28 | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Petty Cash) | 650.00 | |
| Total Current Assets | | 384,595.92 |
| | | |
| Property, Plant, and Equipment | 661,675.00 | |
| Accumulated Depreciation/Depletion | 3,364.00 | |
| Net Property, Plant, and Equipment | | 665,039.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | 0.00 | |
| Other (Itemize) | 164,248.00 | |
| Total Other Assets | | 164,248.00 |
| TOTAL ASSETS | | 1,213,882.92 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 82,220.27 | |
| Taxes Payable | 24.03 | |
| Notes Payable | | |
| Professional fees | 27,300.00 | |
| Secured Debt | 30,458.79 | |
| Other (Itemize) | 110,938.89 | |
| Total Post-petition Liabilities | | 250,941.98 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 705,069.78 | |
| Priority Liabilities | 20,413.95 | |
| Unsecured Liabilities | 276,881.53 | |
| Other (USPS liability) | 20,501.48 | |
| Total Pre-petition Liabilities | | 1,022,866.74 |
| TOTAL LIABILITIES | | 1,273,808.72 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | 46,785.04 | |
| Post-petition Profit/(Loss) | (70,745.91) | |
| Direct Charges to Equity | (35,964.93) | |
| TOTAL EQUITY | | (59,925.80) |
| TOTAL LIABILITIES & EQUITY | | 1,213,882.92 |

**Other Assets-Other:**

| | | |
|---|---|---|
| Landlord security deposit | $ | 64,248.00 |
| Trademark for FindMyMail Software | $ | 100,000.00 |
| **Total other** | **$** | **164,248.00** |

**Post-petition Liabilities-Other:**

| | | |
|---|---|---|
| Employee medical Insurance Pyrll deductions | $ | 2,319.73 |
| Payroll Clearing | $ | 1,831.32 |
| Payroll Accrual (07/18-07/31/11) | $ | 75,647.98 |
| Postage Liability (from customers) | $ | 31,139.86 |
| **Total Other** | **$** | **110,938.89** |

|   | No | Yes |
|---|---|---|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:   No: X

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:   Yes: X
   The filing date was 07/18/11 and we submitted request for payment of insiders. To my unnderstanding we have

   not received official authorization yet; however, we must continue to pay the key employees known as insiders. Their continued contribution to our company is vital to the success of our reorganization plan.

3. State what progress was made during the reporting period toward filing a plan of reorganization
   We have continued making good progress working out terms with our vendors and preparing a working projected business plan for going forward.

4. Describe potential future developments which may have a significant impact on the case:
   **None to report**

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.
   **Not applicable**

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.   No: X

I, **Eric A. Celaya, CFO,**
   declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

9/9/11
Date

Page 16 of 16

Principal for debtor-in-possession